## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ALLAN MOONEY,                      Civil No. 13-648 (DWF/JJG)

        Plaintiff,

                                                        **ORDER**

v.

FRITO-LAY NORTH AMERICA., INC.
and PEPSICO, INC.,

        Defendants.

The Court has considered Plaintiff's Request for Reconsideration (Doc. No. 25) of the Court's April 16, 2013 Order (Doc. No. 24). The Court has also considered Plaintiff's Response Memorandum of Law in Opposition to Defendant's Motion to Defer Plaintiff's Motion to Remand Pending the JPML's Transfer Decision (Doc. No. 25-1) attached thereto. The Court concludes that, with or without Plaintiff's response, the Court's decision on the motion to defer would remain the same. Plaintiff's Request for Reconsideration (Doc. No. 25) is therefore **DENIED**.

Dated:  April 22, 2013            s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge